





**Case Number ***

25-cv-13377

Is this a New Case or an Existing Case? If this is a New Case, type "New Case" in the field, if this is an existing case, type the case number using this format in xx-CV-xxxxx or xx-CR-xxxxx format.

**Filing Party Name ***

Joanna Stallworth-Lillybridge

Name of Filing Party

**Email address ***

joannastallworth@hotmail.com

**Filing Party Mailing Address ***

4350 Ford City Dr. Unit 308

Mailing Address, City, State, Zip Code

**Filing Party Phone Number ***

312-758-1036

Enter in XXX-XXX-XXXX form

**Upload files** - The Court will not separate or combine your files. Please see below note. *

Organize your documents. Supporting exhibits should be attached to your individual document filing on an existing case. For new case filings, each pleading is to be uploaded individually.

