IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | Case No. 1:25-cv-13377 |
| Plaintiff, | ) | |
| v. | ) | Honorable Sara L. Ellis |
| | ) | |
| FORD CITY CONDOMINIUM ASSOCIATION, | ) | |
| ET AL., | ) | |
| Defendants, | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
ANSWERS TO CITY'S SECOND AMENDED COMPLAINT *INSTANTER***

NOW COME Defendants The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 (as to 4351 W. 76th St., Unit C1-401; PIN: 19-27-401-038-1218); Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 (4350 W. Ford City Dr., Unit B1-205; PIN: 19-27-401-038-1161); Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 (4300 W. Ford City Dr., Unit A-1105; PIN: 19-27-401-038-1066); U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2004-7 (4350 W. Ford City Dr., Unit B1-404; PIN: 19-27-401-038-1158); Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as indenture trustee for CIM Trust 2023-R3 Mortgage-Backed Notes, Series 2023-R3 (4351 W. 76th St., Unit C1-202; PIN: 19-27-401-038-1220); The Bank of New York Mellon, as Trustee for the Bear Stearns Asset Backed Securities Trust 2002-2, Asset-Backed Certificates, Series 2002-2 (4281 W. 76th St., Unit C2-505; PIN: 19-27-401-038-1275) ("Defendants") by and

1

through their attorney Craig C. Smith and pursuant to Fed. R. Civ. P. 6(b), move this Honorable Court for leave to file their Answers to Plaintiff's Second Amended Complaint *instanter*. In support thereof, Defendants state as follows:

1. That on October 6, 2025, prior to the removal of this case from state court, the state court judge set a deadline of October 29, 2025, for Defendants to respond to the Second Amended Complaint.

2. That counsel for Defendants had drafted Answers to the Second Amended Complaint, but required additional time to obtain client approvals prior to filing. On November 3, 2025, Defendants filed a motion for an extension of time to file its answers. Also on November 3, 2025, the notice of removal was filed. The motion was not ruled on prior to the removal of the instant case.

3. That subsequent to the removal, counsel for Defendants has re-drafted the Answers and has obtained client approval to file same.

4. Counsel for Defendants has consulted with counsel for the City and counsel for the City has no objection to the filing of Defendants' Answers.

5. This motion is not being made for any improper purpose and the granting of same will not cause any unreasonable delay or prejudice to any other party. No hearing or trial date on the Complaint has been set.

WHEREFORE, Defendants pray that this Honorable Court grant Defendants leave to file their Answers to Plaintiff's Second Amended Complaint *instanter*, and for such other relief as this Court deems just and equitable.

Respectfully Submitted,

/s/ Craig C. Smith
Attorney for Defendants

Craig C. Smith #6238126
CC Smith Law LLC
130 W. Liberty Dr., Suite 211
Wheaton, IL 60187
Telephone 630-415-7896
csmith@ccsmithlaw.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on February 3, 2026, I filed the above motion via the court's CM/ECF system and notice will be served to all registered parties by electronic notice.

      By: /s/ *Craig C. Smith*          .