Filer Selected Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Courtroom, 1109
System Generated Hearing Date: No hearing information was found.
Location: No hearing information was found.
Judge: No hearing information was found.

FILED
8/19/2025 2:59 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
20231401241
Courtroom, 1109
34080604

FILED DATE: 8/19/2025 2:59 PM 20231401241

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT- FIRST DISTRICT

| | | |
|---|---|---|
| **CITY OF CHICAGO,**<br>**a municipal corporation,**<br>**Plaintiff,**<br>**v.**<br><br>**FORD CITY CONDOMINIUM ASSOCIATION; ET AL Defendants,** | ) | **No. 23 M1401241**<br><br>**Re: 4260-4350 W. Ford City Dr/ 4260-4351 W.76th Chicago, IL 60652**<br><br>**Courtroom: 1109** |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTE THAT ON **MONDAY AUGUST 25, 2025 AT 10:30 AM,** I will appear before Judge Leonard Murray *via Zoom* in Courtroom 1109, Circuit Court of Cook County, Daley Center, 50 W. Washington, Chicago, Illinois, Plaintiff City of Chicago's **MOTION TO AUTHORIZE THE RECEIVER TO MARKET AND SELL THE PROPERTY PURSUANT TO 765 ILCS 605/14.5 (d).** A copy is attached and served upon you. The court's zoom information is as follows: ID: 997 7936 4780 Password: 652062

*/s/Greg Janes*
Assistant Corporation Counsel
Atty. No. 90909
2 North LaSalle, Room 320
Chicago, Illinois 60602
(312)744-9555

## CERTIFICATE OF SERVICE

I, Greg Janes, an attorney, certify that I caused a copy of the above Notice of Motion and attached motion to be served via mail or email to the service list on August 19, 2025.

*/s/Greg Janes*
Greg Janes

For updated information about your case, including hearings, subsequent filings and other case information, please visit our Online Case Search and search for your case: https://casesearch.cookcountyclerkofcourt.org

FILED DATE: 8/19/2025 2:59 PM 20231401241

**CONDOMINIUM**
**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS MUNICIPAL DEPARTMENT - FIRST DISTRICT**

| | | |
|---|---|---|
| **CITY OF CHICAGO,** | ) | **No. 23 M1401241** |
| **a municipal corporation,** | ) | |
| **Plaintiff,** | ) | **Re: 4260-4350 W. Ford City Dr/ 4260-4351 W.76th** |
| **v.** | ) | **Chicago, IL 60652** |
| | ) | |
| | ) | |
| **FORD CITY** | ) | **Courtroom: 1109** |
| **CONDOMINIUM ASSOCIATION; ET** | ) | |
| **AL Defendants.,** | ) | |

**MOTION TO AUTHORIZE THE RECEIVER TO ENTER INTO A SALES CONTRACT and TRANSFER TITLE ON BEHALF OF THE OWNERS PURSUANT TO 765 ILCS 605/14.5(d)**

The City of Chicago, a municipal corporation, hereby petitions the Court to grant its Motion made pursuant to 765 ILCS 605/14.5(d). The City states in support:

1. On August 4, 2025, this Court made a finding that the condominium property at 4260-4350 W. Ford City Dr/ 4260-4351 W.76th is a distressed condominium property pursuant to 765 ILCS 605/14.5(a)(l), and that the property is not viable as a condominium pursuant to 765 ILCS 605/14.5(c).

2. On February 10, 2025, this court appointed Collateral Trustee Inc. as limited receiver to market and sell the property. On March 6, 2025, CTI presented this court with its plan to market the property. On March 10, 2025, this Court authorized the limited receiver to move forward with its marketing plan.
3. CTI, the limited receiver, followed its plan and identified a potential buyer for the property. CTI presented the buyer's letter of intent to the court.

FILED DATE: 8/19/2025 2:59 PM 20231401241

4. In furtherance of the deconversion, the receiver should now be authorized to take the steps necessary to enter into a sales contract and transfer the title of the property on behalf of the owners of the property, pursuant to 735 ILCS 605/14.5(d).

**WHEREFORE,** the City requests that this Court:

A. Expand the authority of the Receiver, Collateral Trustee Inc., to negotiate a purchase and sale agreement (PSA) for the property known as Ford City Condominium Association.

B. Authorize the Receiver to enter into a sales contract, subject to the Court's approval;

C. Set this matter for final Court approval of the sales contract, and to issue an Order approving the Receiver's costs, time, expenses and fees and allow the receiver to establish an escrow account for the remaining proceeds to be kept and segregated into the respective shares of each unit owner pursuant to 735 ILCS 65/14.5(d);

D. Grant any other relief that this Court deems appropriate.

Respectfully submitted,

By: /s/ Greg Janes
Greg Janes
Assistant Corporation Counsel

Corporation Counsel
Attorney for Plaintiff #90909
2 N. LaSalle St., Room 700
Chicago, IL 60602
(312) 744-9555

FILED DATE: 8/19/2025 2:59 PM 20231401241

**VERIFICATION BY CERTIFICATION**

Pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that he is an Assistant Corporation Counsel of the City of Chicago, and that he is the authorized agent of the Plaintiff for purpose of making this certification, and that the statements set forth in this Motion are true and correct, except as to matters stated to be on information and belief, and as to such matters she believes the same are true.

By: /s/ Greg Janes
Greg Janes
Assistant Corporation Counsel

FILED DATE: 8/19/2025 2:59 PM 20231401241

**SERVICE LIST**
**23-M1-401241**

WILLIAM B. AVELLONE
bill.avellone@charteredmgt.com

SHELLY DEROUSSE
sderousse@sgrlaw.com

JAMES STEVENS
JStevens@BurkeLaw.com

JOHN SUZUKI
suzuki@collateraltrustee.com

WENDY WATSON
tango@att.net

BRENT WATSON
tango@att.net

HATUEY MCKOY
hatuey_mckoy@yahoo.com

KATIE N. SIMPSON
KSimpson@dykema.com

DONNA M. HOWARD, TRUSTEE
Dmhoward3@yahoo.com

DONNA M. HOWARD
Dmhoward3@yahoo.com

EMILIA R. CODOS
emilacodos@hotmail.com

KELVIN B. BACON
kbaconada@yahoo.com

MIECZYLSAW WAWOZNY
C/O NIK WAWOZNY
wawozny@hotmail.com

WINSTON MCKOY
Winston_mckoy@yahoo.com

MARSELLOW FARROW
Mvp77@gmail.com

MARC C. FARROW
m.farrow@sbcglobal.net

ESTELA FLORES
Estellaflores45@gmail.com

BRYAN BAGDADY
bryan@celsinfo.com

DOMENICOS KOSTERIS
kosteris@yahoo.com

KEVIN HUDSPETH
kevin.hudspeth@dinsmore.com

LISA D. SAMPSON
lisasampson@att.net

LISA P. MAYFIELD
Mayfield422@comcast.net

LAURA P. OLVERA
Leslee2003@gmail.com

SAUL ARELLANO
Arrelanosaul991@gmail.com

SHANA A. SHIFRIN
sshifrin@burkelaw.com

SHIRLEY WAHEED
Shirley.waheed1621@yahoo.com

PATRICK SLATTERY
Pslats3709@icloud.com

ANTHONY PERAICA
tony@peraica.com

PAMELA JEFFERSON
Pjoct12@yahoo.com

SUSAN O'NEAL
Susan711@sbcglobal.net

SUSAN M. GNIADECKI
suegniadecki@yahoo.com

FILED DATE: 8/19/2025 2:59 PM 20231401241

EDWARD COLEMAN
C/O MAUREEN ZOPF
mozopf@att.net

STEVEN W. RAYSIDE
weldedlegion@gmail.com

CHAKA D. FARROW
Cdawn8u8@gmail.com

KARINA RODEA-ESQUIVEL
Karinarodea28@gmail.com

YOSSEF DOLEH
ydoleh@gmail.com

AMANDA L. NAVARRO
Mandynavarro81@yahoo.com

PROVIDENCIA GONZALEZ
Providenciagonzalez1973@gmail.com

JOYCE D. MARTIN
Joycemartin365@gmail.com

DAMARRA EDINBURG
Ntouch1271@gmail.com

MITCH GUNDOGDU
amgun@att.net

STEVCO NIKOLOV
stefco82ko@gmail.com

MAGALY Z. GARCIA A/K/A MAGGIE GARCIA
Magsl15@yahoo.com

MARY BIEL
Mbiel556@gmail.com

STEVEN T. SHUTTLEWORTH II
stevenshuttleworthii@gmail.com

ROBERT BRUNNER
robert.brunner@bclplaw.com

ADHAM ALAILY
aalaily@ea-atty.com

TONI GREEN
Tonigreen123456@gmail.com

LISA S. MCMATH
Blesslisa2@gmail.com

GERVASE BOLDEN
Rev.gervasebolden@yahoo.com

MICHAEL GREEN
Tonigreen123456@gmail.com

MARTIN D. TASCH
mtasch@momkus.com

CHRISTOPHER D. RUSSELL
Cruss65@gmail.com

KAREN E. RUSSELL
therussells@yahoo.com

EFRAIN ROJAS GALVEZ
Efrainr3469@gmail.com

AHMAD A. NUR
Ahmad.a.nur@gmail.com

EDGARDO ALEMAN
Edgardo4350@gmail.com

ESPERANZA MACIAS
Maciasesperanza265@gmail.com

PAULINE C. PRATER
sheabprater@gmail.com

AISHA RICE
Aisharice23@gmail.com

GLENNEL HARDY
Glenstar2007@gmail.com

CASEY HICKS
chicks@weltman.com

LYUBOMIR ALEXANDROV
Lou2@inexpensiveproperties.com

ALFREDO CASTILLO
dralfredocastillophd@gmail.com

ALICIA GREEN
Tonigreen123456@gmail.com

TAKADA V. DIXON
takadaepps@gmail.com

FILED DATE: 8/19/2025 2:59 PM   20231401241

MARTHA ORTIZ
Rmartha82@hotmail.com

CRAIG SMITH
csmith@smithweiklaw.com

VERONICA MCGRAW
vmcgraw@aol.com

ANNETTE WOFFORD
Shihtzu.ann@gmail.com

GEORGE POLYMENAKOS
gkpproperties@hotmil.com

JOHN M. GOLDEN
j-golden@neiu.edu

JUAN MENDOZA
Yang_kelly@yahoo.com

SALVADOR FARIAS
Fariassalvador.fs@gmail.com

MARY A. GOLDEN
Mary.golden53@yahoo.com

PRASANNA RAGHAVAN
clickprasanna@gmail.com

JOSEPH CHAVEZ
Chavs2000@yahoo.com

VANESSA MILTON
Vanessamilton155@gmail.com

DAPHNEE BROWNLEE
Daphneb694@gmail.com

BRYAN APPLING, AS TRUSTEE
Noidp111@yahoo.com

VINAYAK LAWANDE
vlawande@gmail.com

ANNA WOJAS
annawojas@hotmail.com

PABLO ANDRADE
Pabloandrade777@gmail.com

MARC JANDURA
Marcj1985.mj@me.com

ZARAH DULAY
zargell@yahoo.com

MYRON COLEMAN
Myroncole02@gmail.com

GREGORY L. CASTILE
G_castile@yahoo.com

DIANE DEVROE
ladydiscakes@aol.com

SHERRI Y. CASTILE
Selsels7@sbcglobal.net

ANGELO J. CRUZ
Angelo_cruz@icloud.com

ROBERT BRUNNER
robert.brunner@bclplaw.com

EUGENA HENRY
Eugenahenry28@gmail.com

JESSICA LEWIS
JStewart855@gmail.com

DIANE L. TODD
Dianet0545@att.net

MANUELA D. TAYLOR-WILLIAMS
Ladydi0802@gmail.com

CAMRYN BURNETT
burnettcamryn@gmail.com

THOMAS LOREK
Lorek3377@gmail.com

MUSHIYA LOREK
Lorek3377@gmail.com

IRA PILTZ
ira@piltzlaw.com

KATIE N. SIMPSON
KSimpons@dykema.com

ALMA R. MEZA
mezaalmar@hotmail.com

FILED DATE: 8/19/2025 2:59 PM 20231401241

MAYOWA UCHE OKOBIE
mfourj@yahoo.com

LETICIA GAMBOA
Letgamboa96@gmail.com

CARZIE L. JONES
Benzocarzie@gmail.com

JAVARIS OVERSTREET
Jshorter2006@gmail.com

ADELA SALDIVAR
adelaperezsaldivar@gmail.com

MICHAEL T. RZASA
Mik232323@hotmail.com

ADRIANA VAZQUEZ
Dianava47@gmail.com

KENNETH L. WRIGHT
Dakidken29@icloud.com

TRAVIS HOBSON
Travishobson19@gmail.com

BERTRAM MCELROY
Madstamp56@aol.com

MAUREEN RZASA
Mr4134@comcast.net

GABRIELA SANTAMARIA
soyimagen@gmail.com

GABRIEL GARCIA AVILA
Garciagabriel072@gmail.com

THELMA SWIMS
Tswims55@gmail.com

MICHAEL JOHNSON
Mikee225@yahoo.com

JOANNA STALLWORTH
joannastallworth@hotmail.com

EMMETT KEVIN BROWN
Ekbrown8377@yahoo.com

TERRY DENSMORE
Tdensmore27@gmail.com

EDGAR FRUTOS TORRES
Edgarfrutosmix78@gmail.com

HILDA M. ZMORA
zmorah@yahoo.com

IRENE JONES
Treasashaw1959@gmail.com

ALBERTO ABEL BELLIDO
Jamibellido123@gmail.com

RODOLFO CHAVEZ
Chavez8705@gmail.com

MARIA J. MAGANA
Mjmagana319@gmail.com

KIERRA BARNES
Kierra.stevenson1@outlook.com

DESIREE SKIPPER
Desiree.skipper@lfcj.org

PRISCILA ESTHER TORRES JIMENEZ
Priscilatorres0923@gmail.com

TERRY JONES
healthyhairandskin@yahoo.com

GREGORY L. JONES
healthyhairandskin@yahoo.com

ANALILIA CARRILLO
Analiliacarrillo92@gmail.com

VICTOR NAVARRO
Vicnav1@gmail.com

MAURA SLATTERY BOYLE
slatteryboyle@gmail.com

BRUCE LANCE II
Bunki4280@cox.net

JOYCE LANCE
Bunki4280@cox.net

RNM FUTURE, LLC
Moeg87@gmail.com

TRACY LYNN ROBINSON

FILED DATE: 8/19/2025 2:59 PM 20231401241

Patwilliams1985@yahoo.com

SAMANTHA BATES
Road2righteousness@yahoo.com

NATHANIEL K. BOSTON
Nboston2013@gmail.com

ATANAS I. PETRICHKI
IVAN A. PETRICHKI
petrichki@gmail.com

JAVIER URBINA
Jurbinaazul3@gmail.com

MINERVA ORDUNO
Minervaorduno78@gmail.com

GEORGE ORDUNO
ordujorg@gmail.com

CYRIS WATSON
watsoncyris@yahoo.com

SHERRY DESENDADIANO
sherryibanez@hotmail.com

YASMIN IBRAHIM
Yasibrahim3795@aol.com

LEETHEL FRANKLIN
leethelfranklin@yahoo.com

LOUIS E. HEMMERICH
lewhemm@aol.com

DANIEL LOBBINS
Dlobbins85@yahoo.com

ROBERT HUDSON
hudsonrobert@sbcglobal.net

CHARLOTTE HOWARD
Cthoward53@yahoo.com

JACKLYNN KRYGOWSKI
krygoswkij@yahoo.com

TOMAS DEBO
tomasdebo111@gmail.com

CHALESE A. CONLEY
Chadun71@gmail.com

LORENE MIMS
quianasowell@aol.com

DELORES ROBINSON
Deloresrobinson1001@yahoo.com
MARCELO RODRIGUEZ-GARCIA
Marcelorodriguez6970@gmail.com

ALBERTO PADILLA JR.
Mevale77@aol.com

DEBORAH MITCHELL
Deborahmitchell02@yahoo.com

MARITZA CERVANTES
Maricervantes306@gmail.com

NICOLE CONSTANTE
Nicoleconstante2012@hotmail.com

FILED DATE: 8/19/2025 2:59 PM 20231401241

KAO MUNCHUN
158 BEACONRIDGE DRIVE
BOLINGBROOK, IL 60440

JUAN DELGADILLO ALONSO
4300 W FORD CITY#A503
CHICAGO, IL 60652

BYLEGACY TEAM, INC.
C/O EDUARDO HARO
649 QUEENSWOOD LANE
WHEATON, IL 60189

THE LORENE M. MIMS 2023 TRUST DATED 6/16/2023
C/O LORENE MIMS
4280 W. FORD CITY DR., APT. B2408
CHICAGO, IL 60652

JOSEF TOADER
4300 W. FORD CITY DRIVE, UNIT A-201
CHICAGO, IL 60652

FLORITA TOADER
4300 W. FORD CITY DRIVE, UNIT A-201
CHICAGO, IL 60652

LOIS A. GORDON
10846 S. PROSPECT AVENUE #43
CHICAGO, IL 60643

CITIBANK, NA
69 W. WASHINGTON ST.
CHICAGO, IL 60602

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
C/O CT CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

RAYVEN V. WILSON
3547 W. 80TH ST.
CHICAGO, IL 60652

GPAM PROPERTIES, LLC
C/O WILLIAM MANTAS
2700 S. RIVER ROAD, SUITE 308
DES PLAINES, IL 60018

MIRIAM FERREIRA A/K/A MIRIAM CHAVEZ
4300 W. FORD CITY DR. APT. 1002
CHICAGO, IL 60652

GIOVANNI JAEL CHAVEZ
14621 GREENWOOD ROAD APT. 307
DOLTON, IL 60419

ADRIENNE HOLLEY
9148 S. KEELER AVENUE
OAK LAWN, IL 60453

ROGELIO VILLAGOMEZ
4300 W. FORD CITY DR. APT. 1501
CHICAGO, IL 60652

ARCADIA MANAGEMENT GROUP, LLC
C/O CHRISTINE HSU
HOFFMAN ESTATES, IL 60169

VICENTE GONZALEZ-CARABEZ
2428 W. 46TH PLACE
CHICAGO, IL 60632

FOUAD M. DOOLAH
8611 MEADE AVENUE
BURBANK, IL 60459

UNKNOWN HEIRS AND LEGATEES OF LARRY GILLETTE

Calvin Reese
2115 Ala Wai Blvd, Apt 504
Honolulu, HI 96815

Darnell Cortez Reese
2115 Ala Wai Blvd, Apt 504
Honolulu, HI 96815

HOMES FOR VETERANS CO.
C/O CRAIG MIHALJEVICH
6242 S. MASON AVENUE
CHICAGO, IL 60638

ERICA SALINAS
9037 MCVICKER AVENUE
OAK LAWN, IL 60453

Z FINANCIAL ILLINOIS G PROPERTIES, LLC
C/O JOHN ZAJICEK
100 TANGLEWOOD DRIVE
FREEPORT, IL 61032

PEDRO PALACIOS
685 E. FULLERTON AVENUE
GLENDALE HEIGHTS, IL 60139

FILED DATE: 8/19/2025 2:59 PM 20231401241

WILLIAM D. O'DONNELL
1025 PLEASANT PLACE, APT. 18H
OAK PARK, IL 60302

HUGH O'DONNELL
4300 W. FORD CITY DR. APT. 1502
CHICAGO, IL 60652

IDSB CAPITAL, LLC
C/O ANTONIO DE SENDADIANO
3832 S SACRAMENTO AVE
CHICAGO, IL 60632

MARTIN ANGELO ACEVES
3007 W. 63RD ST. APT. 2
CHICAGO, IL 60629

FRANCISCO CARRILLO
9742 S. MANISTEE AVENUE
CHICAGO, IL 60617

OSCAR MIRELES
8978 S. MAIN ST.
HOMETOWN, IL 60456

JOHN GOLDEN
13433 FOREST RIDGE DR.
PALOS HEIGHTS, IL 60463

MARY GOLDEN
13433 FOREST RIDGE DR.
PALOS HEIGHTS, IL 60463

LUDWIK DZIEDZIC
4300 W. FORD CITY DR., APT. 1107
CHICAGO, IL 60652

LORETTA C. MAHER
4300 W. FORD CITY DR., APT. 1303
CHICAGO, IL 60652

BANK OF AMERICA, NA, AS TRUSTEE
33 N. DEARBORN ST.
CHICAGO, IL 60602

KAZIMIERA PTAK
4300 W. FORD CITY DR., APT. 1403
CHICAGO, IL 60652

JUDY GRIFFIN
4300 W. FORD CITY DR., APT. 1503
CHICAGO, IL 60652

DAVID KYSELICA
4300 W. FORD CITY DR., APT. 704
CHICAGO, IL 60652

CHICAGO TITLE LAND TRUST CO., AS TRUSTEE
10 S. LASALLE ST. SUITE 2750
CHICAGO, IL 60603

CECYLIA GUROS
5144 S. KILBOURN AVENUE
CHICAGO, IL 60632

GARY POWELL
2614 W. SEIPP STREET
CHICAGO, IL 60652

LILIANA ABAD FIERRO
1210 SCHRIBER AVENUE
JOLIET, IL 60435

KIMBERLY WAGNER
9820 S. PULASKI ROAD, APT. 20
OAK LAWN, IL 60453

NAFTALI ESPINO
4253 S. CAMPBELL AVENUE
CHICAGO, IL 60632

KATHERINE ESPINO
4253 S. CAMPBELL AVENUE
CHICAGO, IL 60632

YURONG HAN
93B BATEMAN ROAD
BARRINGTON, IL 60010

MANUEL CARMONA
4118 W. 99TH ST., APT. A
OAK LAWN, IL 60453

ABRAHAM E. SANTAMARIA
1431 N. 46TH COURT
MELROSE PARK, IL 60160

DENNIS NASH
4300 W. FORD CITY DR., APT. 805
CHICAGO, IL 60652

DONYETTA DOCKERY
707 N. PINE AVENUE
CHICAGO, IL 60644

FILED DATE: 8/19/2025 2:59 PM  20231401241

BARBARA J. BANKS
4300 W. FORD CITY DR., APT. 1005
CHICAGO, IL 60652

BANK OF AMERICA, NA
33 N. DEARBORN ST.
CHICAGO, IL 60602

AMY LIU
12042 SE SUNNYSIDE ROAD
CLACKAMAS, OR 87015

CHUN YI HSU
C/O SHIN-RONG LIU
6026 WESTERN AVE.
WILLOWBROOK, IL 60527

SHIN-RONG LIU
6026 WESTERN AVE
WILLOWBROOK, IL 60527

ARTURO F. HERNANDEZ
5345 S. SACRAMENTO
CHICAGO, IL 60632

MUNEEB ALAM
2039 SOMERSET BLVD.
TROY, MI 48084

ZESHAN MALLHI
2643 KNOLLWOOD DRIVE
CANTON, MI 48188

FAIRFIELD BUILDINGS, LLC
C/O CYRUS RIVETNA
240 E RANDOLPH UNIT 505
CHICAGO, IL 60601

MARY L. VAUGHN
9134 S. OGLESBY
CHICAGO, IL 60617

RAYMUNDO TORRES
1321 S. 56TH COURT
CICERO, IL 60804

BENEFICIAL ILLINOIS INC.
C/O CT CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

JOSE GARCIA
5412 S. FRANCISCO AVENUE
CHICAGO, IL 60632

ARSHAN ALAMGIR
1150 LILY FIELD LANE
BOLINGBROOK, IL 60440

BUSHRA DURRANI
1150 LILY FIELD LANE
BOLINGBROOK, IL 60440

LEONARD J. WOODS
3737 W. 82ND STREET
CHICAGO, IL 60652

LEOKADIA MOSIO
4300 W. FORD CITY DRIVE, APT. 507
CHICAGO, IL 60652

JAMES FRANK DALU
4300 W. FORD CITY DRIVE APT. A1-707
CHICAGO, IL 60652

MARGARET FURNESS
4300 W. FORD CITY DRIVE, APT. 807
CHICAGO, IL 60652

GPAM PROPERTIES, LLC
C/O WILLIAM MANTAS
2700 S. RIVER ROAD, SUITE 308
DES PLAINES, IL 60018

MANUELA SANCHEZ FLORES
6548 S. CAMPBELL AVE., #2
CHICAGO, IL 60629

DIEGO HERNANDEZ
4300 W FORD CITY 1007
CHICAGO, IL 60652

TRUTH EMPIRES, LLC
C/O PG WETZEL & ASSOCIATES, INC.
3350 W. 95TH ST.
EVERGREEN PARK, IL 60805

AKRAM SHAHID
4300 W. FORD CITY DR., APT. 1307
CHICAGO, IL 60652

NEW RESIDENTIAL MORTGAGE, LLC
C/O C T CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

FILED DATE: 8/19/2025 2:59 PM 2023140124

CHRISTINE HSU
1321 MECCA DRIVE
BARSTOW, CA 92311

MARTHA ROCHA
7270 COUNTY ROAD 3512
QUINLAN, TX 75474

MELISSA RANGEL
4300 W. FORD CITY DR., APT. 1507
CHICAGO, IL 60652

STEPHEN MONTE HENSON
4300 W. FORD CITY DR., APT. 208
CHICAGO, IL 60652

DIEGO D. ANDRADE
1533 N. 21ST AVENUE
MELROSE PARK, IL 60160

CULEBRA CAPITAL, LLC.
C/O BACKER ABOUD POLIAKOF
FOELSTER, LLP
400 S. DIXIE HIGHWAY, SUITE 420
BOCA RATON, FL 33432

UNKNOWN HEIRS AND LEGATEES OF ELZBEITA MORAWA
5047 S. KOSTNER AVE., APT. B
CHICAGO, IL 60632

ZARAH DULAY
3599 SHARON COURT
BAY POINT, CA 94565

ADE OGUNSANYA A/K/A
ADETOKUNBO OGUNSANYA A/K/A
ADETOKUNBO O. TEJUOSO
407 WYSTERIA DR.
OLYMPIA FIELDS, IL 60461

JOAN P. MOORE
4300 W. FORD CITY DR., APT. 1208
CHICAGO, IL 60652

JUAN CARRILLO
1210 SCHRIBER AVENUE
JOLIET, IL 60435

ANTON J. WATKINS
9736 S. YALE AVENUE
CHICAGO, IL 60628

DSI HOLDINGS CORP.
C/O ILLINOIS CORPORATION SERVICE CO.
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

HENRY K. WOJCIKOWSKI
4300 W. FORD CITY DR., APT. 709
CHICAGO, IL 60652

STAN WOJCIKOWSKI
4300 W. FORD CITY DR., APT. 709
CHICAGO, IL 60652

ARGENT MORTGAGE COMPANY, LLC
C/O NATIONAL REGISTED AGENTS INC.
200 W. ADAMS STREET
CHICAGO, IL 60606

MARGARITA FLORES
4300 W. FORD CITY DR., APT. 909
CHICAGO, IL 60652

VIRIDIANA ALCANTAR VILLEGAS
9346 S. MILLARD AVENUE
EVERGREEN PARK, IL 60652

FELIPE SOLORZANO MAYA
9346 S. MILLARD AVENUE
EVERGREEN PARK, IL 60652

MIROSLAWA LUKASIEWICZ
2314 N. 1570 EAST ROAD
ASHKUM, IL 60911

EQUITY TRUST CO., CUSTODIAN FBO CHRISTINE HSU
IRA AC#200341381
C/O CHRISTINE HSU
1321 MECCA DRIVE
BARSTOW, CA 92311

LOUIS GONZALEZ
3141 7th STREET
PARK CITY, IL 60085

MODESTA MARCHETTI
9109 S. 53RD COURT
OAK LAWN, IL 60453

TANISHA MALLEY
9959 S. THROOP STREET
CHICAGO, IL 60643

AGNES C. MURPHY

FILED DATE: 8/19/2025 2:59 PM 20231401241

4300 W. FORD CITY DR., APT. 510
CHICAGO, IL 60652

LOANCARE, LLC
C/O CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

RAYMUNDO TORRES
3605 WOODHEAD DRIVE
NORTHBROOK, IL 60062

LUIS A. GONZALEZ
9633 S. TRIPP AVENUE
OAK LAWN, IL 60453

GEORGE SPATHARAKIS
7320 S. 88TH AVENUE
JUSTICE, IL 60458

EWA BRZEK
4300 W. FORD CITY DR., APT. 910
CHICAGO, IL 60652

KIMBERLY WAGNER
9820 S. PULASKI ROAD, APT. 202
OAK LAWN, IL 60453

UNKNOWN HEIRS AND LEGATEES OF ERMA THOMAS
4300 W. FORD CITY DR., APT. 1110
CHICAGO, IL 60652

RAMONA BERAS TORRES
4300 W. FORD CITY DR., APT. 1210
CHICAGO, IL 60652

ABN AMRO MORTGAGE GROUP, INC.
C/O C T CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

RBS CITIZENS, NA
2000 MONROE AVENUE
ROCHESTER, NY 14618

JOSE OLAF GAYTON
3034 W. MARQUETTE ROAD
CHICAGO, IL 60629

RAYMOND ROGOZ
4901 LAMB DR.
OAK LAWN, IL 60453

FIRST FRANKLIN FINANCIAL CORPORATION
C/O C T CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

WALTER L. DAVIS
4350 W. FORD CITY DR., APT. B1402
CHICAGO, IL 60652

MARTIN ACEVES ANGULO
2507 W. 63RD ST., APT. 2
CHICAGO, IL 60629

ROSALINDA ALONSO
4350 W. FORD CITY DR., APT. B1502
CHICAGO, IL 60652

ROSALINDA DELGADILLO
4350 W. FORD CITY DR., APT. B1502
CHICAGO, IL 60652

UNKNOWN HEIRS AND LEGATEES OF THELMA MOORE
4350 W. FORD CITY DR., APT. B1301
CHICAGO, IL 60652

ROMAN LIRA
5340 W. 25TH ST., APT 2
CICERO, IL 60804

BIRDENE MILLS
802 S. HOMAN AVENUE
CHICAGO, IL 60624

CLIFFORD JOHNSON
900 E. LAKE STREET
AURORA, IL 60506

FRANK CARRILLO
4350 W. FORD CITY DRIVE, APT. C2-503
CHICAGO, IL 60652

MUSTAFA M. KHAN
4350 W. FORD CITY DR., APT. B1204
CHICAGO, IL 60652

CHARLENE APPLING
4300 W. FORD CITY DR., APT. 1305
CHICAGO, IL 60652

GODWIN OMWANGHE A/K/A GODWIN OMAWANCHE
4350 W. FORD CITY DR., APT. B1204

FILED DATE: 8/19/2025 2:59 PM 20231401241

CHICAGO, IL 60652

BLANCA ESTELLA DIAZ-CRUZ
7737 MASON AVENUE
BURBANK, IL 60459

GREEN TREE SERVICING, LLC
C/O C T CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

WAYNE HOLLOWAY
165 LESTER ROAD
PARK FOREST, IL 60466

THORNWOOD PARTNERS, LTD
C/O CANDACE S. NADLER
3605 WOODHEAD DR., SUITE 101
NORTHBROOK, IL 60062

BRENDA J. ALLEN-BALLARD
4350 W. FORD CITY DR., APT. B1506
CHICAGO, IL 60652

CLARA OLIVARES
2520 S. HARDING
CHICAGO, IL 60623

LETICIA SOLIS
4350 W. FORD CITY DR., APT. B110
CHICAGO, IL 60652

CITIZENS BANK, NA
1 CITIZENS PLAZA
PROVIDENCE, RI 02903

ALTHEA Y. ANDERSON
4350 W. FORD CITY DR., APT. B1204
CHICAGO, IL 60652

AMERICAN HOME MORTGAGE CORP. D/B/A
AMERICAN BROKERS CONDUIT
C/O ILLINOIS CORPORATION SERVICE CO.
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

UNKNOWN HEIRS AND LEGATEES OF WILLIAM DORGAN
459 KNOLLWOOD DR.
BARRINGTON, IL 60010

THE RTRF INC.
C/O AUTHORIZED AGENT
4730 WEST END AVENUE
CHICAGO, IL 60644

ENRIQUE CERVANTES
4300 W. Ford City Drive Apt. A-802
Chicago, IL 60652

CRISOSTOMA FLORES DE OCAMPO
4140 S. ALBANY AVENUE
CHICAGO, IL 60632

ALBERTO OCAMPO
4280 W. FORD CITY DR.
CHICAGO, IL 60652

SARAH JOHNSON
9877 W. OAKRIDGE DRIVE
ST. JOHN, IN 46373

SALTA GROUP, INC.
C/O MARSHALL ATLAS
666 VERNON AVENUE
GLENCOE, IL 60022

BERTA L. CLAVIJO
4280 W. FORD CITY DR., APT. B2501
CHICAGO, IL 60652

MICHAEL ELLIS JOHNSON
4280 W. FORD CITY DR., APT. B2306
CHICAGO, IL 60652

LORE J. MARTINEZ
4280 W. FORD CITY DR., APT. B2402
CHICAGO, IL 60652

ZENAIDA GARCIA
4280 W. FORD CITY DRIVE, APT. B2203
CHICAGO, IL 60652

JENNIFFER I. MENENDEZ
4280 W. FORD CITY DR., APT. B2503
CHICAGO, IL 60652

**CHRISTOPHER RAMEY**
7230 S. MAPLEWOOD AVENUE
CHICAGO, IL 60629

JAVIER TAPIA
9228 MAJOR AVENUE
OAK LAWN, IL 60453

CRISTINA M. TAPIA

FILED DATE: 8/19/2025 2:59 PM 20231401241

9228 MAJOR AVENUE
OAK LAWN, IL 60453

VAN OAK CAPITAL, LLC
C/O JAMES M. KROPID
2501 DICKENS DR.
SPRINGFIELD, IL 62711

UNKNOWN HEIRS AND LEGATEES OF PATRICIA OBARD
4280 W. FORD CITY DR., APT. B2204
CHICAGO, IL 60652

MARQUETTE BANK, AS TRUSTEE U/T/A 30704 DTD 7/28/2021
6316 S. WESTERN AVENUE
CHICAGO, IL 60636

ANTONI CHMIELEWSKI
4280 W. FORD CITY DR., APT. B2503
CHICAGO, IL 60652

JADWIGA CHMIELEWSKI
4280 W. FORD CITY DR., APT. 504
CHICAGO, IL 60652

DENNIS BAKER
4300 W. FORD CITY DR., APT. 1402
CHICAGO, IL 60652

NAZARIO CHAVEZ
4280 W. FORD CITY DRIVE, APT. B2305
CHICAGO, IL 60652

UNKNOWN HEIRS AND LEGATEES OF JOSEPHINE E. JOHNSON
4280 W. FORD CITY DR., APT. B2102
CHICAGO, IL 60652

CLAUDETTE WALKER
4261 W. 76TH ST., APT. D2-208
CHICAGO, IL 60652

TIFFANY FLOWERS
4261 W. 76TH ST., UNIT D2108
CHICAGO, IL 60652

JOHN M. SMITH
4280 W. FORD CITY DR., APT B2307
CHICAGO, IL 60652

SHIRLEY MIA SMITH
4280 W. FORD CITY DR., APT B2307
CHICAGO, IL 60652

BURTON WAYNE SMITH
4280 W. FORD CITY DR., APT B2307
CHICAGO, IL 60652

MOJISOLA OGUACHUBA
904 DONNINGTON DRIVE
MATTESON, IL 60443

PATRICIA T. WILLIAMS
4261 W. 76TH STREET, APT. 207
CHICAGO, IL 60652

RNM FUTURE, LLC
C/O RABEEHA KHALIL
8815 ROBIN COURT
HICKORY HILLS, IL 60457

RICARDO GARCIA
6458 S. GREEN ST., APT. 3R
CHICAGO, IL 60621

RV HOLDINGS THREE, LLC
C/O NATIONAL REGISTERED AGENTS INC.
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

CARLOS MUNOZ
4280 W. FORD CITY DR., APT B2108
CHICAGO, IL 60652

LINCOLN W. SEABROOKS
4261 W. 76TH ST., APT. D2-107
CHICAGO, IL 60652

MARIA I. FARIAS
4351 W. 76TH ST., APT. C1103
CHICAGO, IL 60652

JOSE R. CONSTANTE
4351 W. 76TH ST., APT. C1101
CHICAGO, IL 60652

TONIA PONCE
4351 W. 76TH ST., APT. C1-201
CHICAGO, IL 60652

MARIA DOMINGUEZ
15946 CICERO AVENUE
OAK FOREST, IL 60452

IGNACIO DOMINGUEZ PEREZ

FILED DATE: 8/19/2025 2:59 PM 20231401241

15946 CICERO AVENUE
OAK FOREST, IL 60452

AMERICAN NATIONAL BANK, AS TRUSTEE U/T/A
43810 DTD 9/1/1978
8990 W. DODGE ROAD
OMAHA, NEBRASKA 68114

GEORGE NOVOGRODER
875 N. MICHIGAN AVE. SUITE 3612
CHICAGO, IL 60611

CIM TRUST 2017-7
C/O SELECT PORTFOLIO SERVICING, INC.
3217 S. DECKER LAKE DR.
SALT LAKE CITY, UT 84119

ANGEL ZARAZUA
1736 IVY HILL COURT
ROMEOVILLE, IL 60446

ADRIANA MENDOZA
1736 IVY HILL COURT
ROMEOVILLE, IL 60446

JORGE A. INIGUEZ
4351 W. 76TH ST., APT. C1502
CHICAGO, IL 60652

ALEJANDRA GUZMAN
216 PARKS AVENUE
JOLIET, IL 60432

EFREN RUIZ
241 CHAPARRAL STREET
SALINAS, CA 93906

MARIA R. PADILLA
4351 W. 7TH ST., APT. C1202
CHICAGO, IL 60652

AMERICAN HOME MORTGAGE CORP.
C/O MICHAEL STRAUSS
538 BROADHOLLOW ROAD
MELVILLE, NY 11747

EMMANUEL OFORUM
4351 W. 76TH ST., APT. C1-503
CHICAGO, IL 60652

ANTHONY J. COLEMAN
4351 W. 76TH ST., APT. C1-505
CHICAGO, IL 60652

ANTONIO GADDIS
447 S. 14TH AVENUE
MAYWOOD, IL 60153

ISAAC WILSON
7800 S. KEATING AVENUE
CHICAGO, IL 60652

ENJOLIQUE WILSON
7800 S. KEATING AVENUE
CHICAGO, IL 60652

VINIZIUS QUARESMA
4351 W. 76TH ST., APT. C1-306
CHICAGO, IL 60652

JORGE AGUSTIN FRUTOS TORRES
5214 S. KEATING AVENUE
CHICAGO, IL 60632

AARON C. JACKSON
14405 S. BENSLEY AVENUE
CHICAGO, IL 60633

JAMIA BRAY
7513 S. MICHIGAN AVENUE
CHICAGO, IL 60619

Y&R 1 OPPORTUNITY FUND, LLC
C/O REGISTERED AGENTS, INC.
4445 CORPORATION LANE, SUITE 264
VIRGINIA BEACH, VA 23462

BERTHA SAUCEDO
3602 S. ARCHER
CHICAGO, IL 60609

LAURA A. GOMEZ
3094 BRON CIRCLE
MEDFORD, OR 97504

ISRAEL MIRANDA TEIXEIRA
170 NW 46TH ST.
MIAMI, FL 33127

MARLON FORTINEAUX
11622 S. WESTERN AVENUE
CHICAGO, IL 60623

JOSE J. GARCIA
4281 W. 76TH ST., APT. C2-301
CHICAGO, IL 60652

FILED DATE: 8/19/2025 2:59 PM 20231401241

AMPARO GARCIA
4281 W. 76TH ST., APT. C2-301
CHICAGO, IL 60652

DAVID J. GARCIA
4281 W. 76TH ST., APT. C2-301
CHICAGO, IL 60652

VICTOR E. MANZO
5716 S. PULASKI ROAD, APT. 2
CHICAGO, IL 60629

SELECT PORTFOLIO SERVICING, INC.
C/O ILLINOIS CORPORATION SERVICE CO.
801 ADLAI STEVENSON DRIVE
SPRINGFIELD, IL 62703

HOMECOMINGS FINANCIAL NETWORK, INC.
C/O C T CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814
CHICAGO, IL 60604

MICHELE J. BELOUSEK
6441 PERSHING ROAD #205
STICKNEY, IL 60402

GREGORY LAPAPA
1S354 MONTEREY AVENUE
OAKBROOK TERRACE, IL 60181

ALMA SANTANA OCTAVIANO
5632 S. HONORE STREET
CHICAGO, IL 60636

THE JOYCE BOWLES REVOCABLE LIVING TRUST DTD 7/26/2011
C/O JOYCE BOWLES
17400 KEDZIE AVENUE, APT. 326
HAZEL CREST, IL 60429

JOYCE BOWLES
17400 KEDZIE AVENUE, APT. 326
HAZEL CREST, IL 60429

JUAN M. SOLIZ
6401 S. LECLAIRE AVENUE #2
CHICAGO, IL 60638

RAJAMER JONES
4281 W. 76TH ST., APT. C2-404
CHICAGO, IL 60652

NELLIE M. COTTON
6401 S. LECLAIRE AVENUE #2
CHICAGO, IL 60638

UNKNOWN HEIRS AND LEGATEES OF DOROTHY ANDERSON
4281 W. 76TH ST., APT. C2-101
CHICAGO, IL 60652

RONA ANDERSON
4281 W. 76TH ST., APT. C2-105
CHICAGO, IL 60652

ZIAD KHATATBEH
4281 W. 76TH ST., APT. C2-205
CHICAGO, IL 60652

SABINE DESIR
10800 LONG AVENUE
OAK LAWN, IL 60453

PNC BANK, NA.
222 DELAWARE AVENUE
WILMINGTON, DE 19801

OLGA DELGADILLO ALONSON
4281 W. 76TH ST., APT. C2-306
CHICAGO, IL 60652

TYREE PITTMAN
1723 W. 90TH ST.
CHICAGO, IL 60620

MOHAMMED ABUBAKER
9224 CENTRAL AVENUE
OAK LAWN, IL 60453

HYUN W. SHIN
719 S. DELPHIA AVENUE
PARK RIDGE, IL 60068

DIVINITY PROPERTIES, LLC
C/O YING-HUEI CHEN
1636 VERDIN LANE
NAPERVILLE, IL 60565

WILLIAM A. WILCHER
12033 PALM ST.
CERRITOS, CA 90703

FIFTH THIRD BANK, NA
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH 45202

FILED DATE: 8/19/2025 2:59 PM   20231401241

MAGDI ODEH
13011 S. WINNEBAGO ROAD
PALOS HEIGHTS, IL 60463

FIRST NLC FINANCIAL SERVICES, LLC
C/O MENOTTE, DEBORAH C, TRUSTEE
1679 BREAKERS WEST BLVD.
WEST PALM BEACH, FL 33411

MOHAMMEDNAJIB A. ALKARAKI
4281 W. 76TH ST., APT. C2-208
CHICAGO, IL 60652

ALEEM WAHEED
470 E. 162ND STREET
SOUTH HOLLAND, IL 60473

LAWRENCE W. COLLINS
7504D CLARIDGE DRIVE
BRIDGEVIEW, IL 60455

RAMONA B. REYES
4262 W. FORD CITY DR. APT. 102
CHICAGO, IL 60652

ARACELI MARTINEZ
6515 S. TROY, CHICAGO
CHICAGO, IL 60629

NANCY C. ALSTON
4262 W. FORD CITY DR., APT. D1-104
CHICAGO, IL 60652

SAM AYYAD
14647 S. 94TH AVENUE
ORLAND PARK, IL 60462

IRENE M. RUFUS
4262 W. FORD CITY DR., APT. D1-107
CHICAGO, IL 60652

UNKNOWN HEIRS AND LEGATEES OF VINELLE A. MYRIE
4262 W. FORD CITY DR., APT. D1-207
CHICAGO, IL 60652

AMELIA PACHECO
2204 S. 9TH AVENUE
BROADVIEW, IL 60155

JUANA REYES
4262 W. FORD CITY DR., APT. D1-208
CHICAGO, IL 60652

PAULA MENDEZ
2907 S. 49TH AVENUE
CICERO, IL 60804

TONI GREEN
4261 W. 76TH ST., APT. D2-102
CHICAGO, IL 60652

UNKNOWN HEIRS AND LEGATEES OF MARILYN L. HARVEY
4263 W. 76TH ST., APT. D2-204
MONEE, IL 60449

ESMERALDA RAFAELA DALY
4263 W. 76TH ST., APT. D2-206
CHICAGO, IL 60652

ESMERALDA RAFAELA DALY RODRIGUEZ REVOCABLE LIVING TRUST DTD 5/8/2020
4263 W. 76TH ST., APT. D2-206
CHICAGO, IL 60652

THE ESTATE OF JOAN P. MOORE
C/O COOK COUNTY PUBLIC GUARDIAN
69 WEST WASHINGTON, SUITE 700
CHICAGO, IL 60602

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R3
222 S. RIVERSIDE PLAZA
CHICAGO, IL 60606

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-M1, UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2006
222 S. RIVERSIDE PLAZA
CHICAGO, IL 60606

U.S. BANK, NA, AS TRUSTEE OF NRZ RECOVERY TRUST
75 BEATTIE PLACE, SUITE 300
GREENVILLE, SC 29601

U.S. BANK, NA, AS TRUSTEE OF MEB LOAN TRUST VI
C/O SPECIALIZED LOAN SERVICING HOLDINGS LLC
6200 S. QUEBEC ST. STE 300

FILED DATE: 8/19/2025 2:59 PM 20231401241

GREENWOOD VILLAGE, CO 80111

U.S. BANK, NA, AS TRUSTEE AS SUCCESSOR IN INTEREST OF MICHIGAN AVENUE NATIONAL BANK OF CHICAGO, NA, AS TRUSTEE UNDER TRUST AGREEMENT DATED MARCH 14, 1980 KNOWN AS TRUST NUMBER 3098
425 WALNUT STREET
CINCINATTI, OH 45202

U.S BANK TRUST COMPANY, NA, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK, NA, AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5
1 MORTGAGE WAY
MOUNT LAUREL, NJ 08054

THE BANK OF NEW YORK MELLON, SUCCESSOR IN INTEREST TO THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE GE-WMC ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-2
240 E. GREENWICH STREET
NEW YORK, NY 10007

THE BANK OF NEW YORK MELLON, SUCCESSOR-IN-INTEREST TO THE BANK OF NEW YORK, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST, 2007-1 ASSET-BACKED CERTIFICATES, SERIES 2007-1
C/O SELECT PORTFOLIO SERVICING INC.
3217 S. DECKER LAKE DRIVE
SALT LAKE CITY, UT 84119

HSBC BANK USA, NA, AS TRUSTEE FOR THE REGISTERED HOLDERS OF FIRST NLC TRUST 2007-1 MORTGAGE-BACKED CERTIFICATES, SERIES 2007-1
C/O OCWEN LOAN SERVICING, LLC
5720 PREMIER PARK DR.
WEST PALM BEACH, FL 33407

U.S. BANK, NA, AS TRUSTEE OF MEB LOAN TRUST VI
C/O UNITED AGENT GROUP INC.
350 S. NORTHWEST HWY, #300
PARK RIDGE, IL 60068

CATRINA S. LOCKHART
3240 W. 65TH STREET
CHICAGO, IL 60629

JOEY GILB
15826 S. STONEWALL DRIVE
NEWARK, IL 60541

CHICAGO TITLE LAND TRUST CO. as Trustee
10 S. LaSalle Street Suite 2750
Chicago, IL 60603

PARKWAY ELEVATORS, INC.
C/O JOHN POSLUSZNY
2944 W. LAKE ST.
CHICAGO, IL 60612

TOTAL MASONRY, LLC
C/O MARK ZENKNER
390 MONACO DR.
ROSELLE, IL 60172

FORD CITY CH, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
3000 PROFESSIONAL DR. SUITE A
SPRINGFIELD, IL 60273

FORD CITY NASSIM, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
3000 PROFESSIONAL DR. SUITE A
SPRINGFIELD, IL 60273

FORD CITY REALTY, LLC
C/O REGISTERED AGENT SOLUTIONS, INC.
3000 PROFESSIONAL DR STE A
SPRINGFIELD, IL 62703-5943

ALEJANDRO ANDRADE-LARA
2105 S. 11TH AVENUE
MAYWOOD, IL 60153

DEVON DANE MURRAY
1837 N. MAYFIELD AVENUE #1
CHICAGO, IL 60639

ROCHANNA JOHNSON
7801 DARIEN LAKE DRIVE
DARIEN, IL 60561

TERESA SHAW
6715 CONGRESS ST. APT. 227
NEW PORT RICHEY, FL 34654

WEISS ORTIZ, PC
C/O ADEENA J. WEISS
1011 E. 31ST ST.
LA GRANGE PARK, IL 60526

FORETHOUGHT LIFE INSURANCE COMPANY
C/O CT CORPORATION SYSTEM
208 S. LASALLE ST., SUITE 814